**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |
|---|---|

Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) 95 Washington Street, Hartford, CT 06106 | Telephone number of clerk ( 860 ) 548 – 2700 | Return Date (Must be a Tuesday) 05/10/2022 |
|---|---|---|

| ☒ Judicial District | G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: ___ | Hartford | Major: T        Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) William B. Wynne, Esq., Adler Law Group, LLC, 111 Founders Plaza Ste 1102, E Hartford, CT 06108 | Juris number (if attorney or law firm) 428826 |
|---|---|

| Telephone number ( 860 ) 282 – 8686 | Signature of plaintiff (if self-represented) |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) wwynne@adlerlawgroupllc.com |
|---|---|

| Parties | | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|---|
| First plaintiff | Name: | WOODING, CHAQUANA, ADMINISTRATOR OF THE ESTATE OF WHITEHEAD, TYCHELLE | P-01 |
| | Address: | 127 Hillcrest Avenue, West Hartford, CT 061103 | |
| Additional plaintiff | Name: | | P-02 |
| | Address: | | |
| First defendant | Name: | CITY OF HARTFORD | D-01 |
| | Address: | Attn: City Clerk, 550 Main Street, Hartford, CT 06103 | |
| Additional defendant | Name: | FREETO, ZACHARY | D-02 |
| | Address: | CITY OF HARTFORD, Attn: City Clerk, 550 Main Street, Hartford, CT 06103 | |
| Additional defendant | Name: | LYONS, MALIK | D-03 |
| | Address: | CITY OF HARTFORD, Attn: City Clerk, 550 Main Street, Hartford, CT 06103 | |
| Additional defendant | Name: | LYTTON, BRENDON A. | D-04 |
| | Address: | CITY OF HARTFORD, Attn: City Clerk, 550 Main Street, Hartford, CT 06103 | |

| Total number of plaintiffs: 1 | Total number of defendants: 4 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 04/13/2022 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing William B. Wynne, Esq. |
|---|---|---|---|

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | A TRUE COPY ATTEST: |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | Frederick E. Dinardi, Jr. State Marshal Hartford County |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

EXHIBIT A

| | | |
|---|---|---|
| **RETURN DATE: MAY 10, 2022** | : | SUPERIOR COURT |
| CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| CITY OF HARTFORD ZACHARY FREETO MALIK LYONS BRENDON A. LYTTON | : | APRIL 13, 2022 |

## COMPLAINT

### FIRST COUNT: (NEGLIGENCE)

1.      This action is brought by plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, who was appointed as an Administrator by the Hartford Probate Court on September 21, 2020.

2.      The plaintiff CHAQUANA WOODING brings this action in her capacity as Fiduciary of the ESTATE OF TYCHELLE WHITEHEAD (hereinafter Decedent) and pursuant to Connecticut General Statute §52-555 and/or Connecticut General Statute §52-599(a).

3.      At all times relevant hereto, the defendant CITY OF HARTFORD was a municipal corporation, organized and existing under the laws of the State of Connecticut and was responsible for the actions of the Police Department of the City of Hartford.

1

EXHIBIT A

4.    At all times mentioned herein, defendants ZACHARY FREETO, MALIK LYONS and BRENDON A. LYTTON were duly appointed officers of the Police Department of the City of Hartford, acting in their official capacities.

5.    On or about April 30, 2020, at approximately 7:17 PM, a resident of 58 Grant Street made an emergency phone call to the Harford Police Department and summoned them to 58 Grant Street, Hartford Connecticut.

6.    At all times mention herein the plaintiff's Decedent, mother of plaintiff plaintiff CHAQUANA WOODING, was a resident of 58 Grant Street, Hartford Connecticut, living in the basement apartment.

7.    On the day prior to April 30, 2020, the plaintiff's Decedent was alive and well.

8.    In the early morning of April 30, 2020, the plaintiff's Decedent did not feel well.

9.    At approximately 4:30 AM on April 30, 2020, the plaintiff's Decedent placed five calls to 911.

10.    On April 30, 2022, at 4:31 AM, the Hartford Police Department acknowledged a 911 call.

11.    The caller was having a difficult time breathing and was unable to provide an address.

12.    The Hartford Police Department contacted the West Hartford Police Department and was able to trace the phone call to the area of 51 Grant Street, Hartford. Connecticut.

2

EXHIBIT A

13.    On April 30, 2020, at approximately 4:34 AM, defendant Officer MALIK LYONS dispatched defendant Officer ZACHARY FREETO and defendant Officer BRENDON A. LYTTON to the area of 51 Grant Street.

14.    These defendant Officers canvassed the areas of 51, 55, 59 and 61 Grant Street without locating a person that was in distress.

15.    On April 30, 2020, at approximately 5:15 AM, the Harford Police Department was informed that the 911 call was associated with Vernon Connecticut, address.  The Vernon Police Department was notified.  A call to the phone number by defendant Officer ZACHARY FREETO was not responded and a voice mail was left.

16.    Defendant Officer ZACHARY FREETO and defendant Officer BRENDON A. LYTTON went to 58 Grant Street but never contacted the residents herein and they never went to the basement apartment despite being a sign that there was a basement apartment.

17.    The plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, injuries and losses were directly and proximately caused by the defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON in that the defendants knew or should have known in the exercise of reasonable care shouiold have discovered and aided the plaintiff's decedent, and;

      a.    Failed to conducted a thorough search of the area of 58 Grant Street;

      b.    Failed to contacted the residents of 58 Grant Street;

3

EXHIBIT A

c. Failed to inspect the basement apartment of 58 Grant Street.

18.     As a result of the negligence and carelessness of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, suffered or will suffer the following serious and permanent injuries, some of which include aggravation of pre-existing conditions:

a.  Respiratory injuries;

b.  Sinus injuries;

c.  Chronic pain throughout body; and

d.  Death.

19. As a further result of the negligence and carelessness of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD was forced to incur expenses for medical care and attention and funeral expenses.

20.   As a further result of the negligence and carelessness of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD was unable to perform the usual activities of her household and everyday life as she did prior to this occurrence, all to her further loss and detriment.

4

EXHIBIT A

21. Pursuant to Sections 7-465 and 52-557n of the Connecticut General Statutes, notice of the subject incident was duly sent to the defendant, CITY OF HARTFORD, on September 25, 2020, a copy of which is attached hereto as Exhibit 1.

**SECOND COUNT:  (RECKLESSNESS)**

1-16.  Paragraphs one through sixteen, inclusive, of the First Count are herby incorporated herein as if fully set forth and made paragraphs one through sixteen, inclusive, of this Second Count.

17.    The plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, injuries and losses were directly and proximately caused by the reckless conduct of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON in that the defendants willfully ignored searching 58 Grant Street and should have discovered and aided the plaintiff's decedent, and;

a.  Failed to conducted a thorough search of the area of 58 Grant Street;

b.  Failed to contacted the residents of 58 Grant Street;

c.  Failed to inspect the basement apartment of 58 Grant Street.

18.    As a direct and proximate consequence of the recklessness of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, suffered or will suffer the following serious and permanent injuries, some of which include aggravation of

5

EXHIBIT A

pre-existing conditions:

     a.  Respiratory injuries;

     b.  Sinus injuries;

     c.  chronic pain throughout body; and

     d.  Death.

19.    As a direct and proximate consequence of the recklessness of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD was forced to incur expenses for medical care and attention and funeral expenses.

20.    As a direct and proximate consequence of the recklessness of defendants CITY OF HARTFORD, MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD was unable to perform the usual activities of her household and everyday life as she did prior to this occurrence, all to her further loss and detriment.

21. Pursuant to Sections 7-465 and 52-557n of the Connecticut General Statutes, notice of the subject incident was duly sent to the defendant, CITY OF HARTFORD, on September 25, 2020, a copy of which is attached hereto as Exhibit 1.

EXHIBIT A

**THIRD COUNT:** **(CIVIL RIGHT VIOLATIONS)**

1.  This is an action for relief against police officers for the City of Hartford who, acting under the color of law, have deprived the plaintiff of the rights, privileges and immunities secured to her by the Constitution and laws of the United States. Such deprivations are in violation of Title 42 of the United States Code, Sections 1981, 1983 and 1988, and Articles First, §§7, 9, and 10 of the Constitution of the State of Connecticut.

2.  This action is brought by plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, who was appointed as an Administrator by the Hartford Probate Court on September 21, 2020.

3.  The plaintiff CHAQUANA WOODING brings this action in her capacity as Fiduciary of the ESTATE OF TYCHELLE WHITEHEAD (hereinafter Decedent) and pursuant to Connecticut General Statute §52-555 and/or Connecticut General Statute §52-599(a).

4.  At all times relevant hereto, the defendant CITY OF HARTFORD was a municipal corporation, organized and existing under the laws of the State of Connecticut and was responsible for the actions of the Police Department of the City of Hartford.

5.  At all times mentioned herein, defendants ZACHARY FREETO, MALIK LYONS and BRENDON A. LYTTON were duly appointed officers of the Police Department of the City of Hartford, acting in their official capacities.

7

EXHIBIT A

6.  On or about April 30, 2020, at approximately 7:17 PM, a resident of 58 Grant Street made an emergency phone call to the Harford Police Department and summoned them to 58 Grant Street, Hartford Connecticut.

7.  At all times mention herein the plaintiff's Decedent, mother of plaintiff plaintiff CHAQUANA WOODING, was a resident of 58 Grant Street, Hartford Connecticut, living in the basement apartment.

8.  On the day prior to April 30, 2020, the plaintiff's Decedent was alive and well.

9.  In the early morning of April 30, 2020, the plaintiff's Decedent did not feel well.

10. At approximately 4:30 AM on April 30, 2020, the plaintiff's Decedent placed five calls to 911.

11. On April 30, 2022, at 4:31 AM, the Hartford Police Department acknowledged a 911 call.

12. The caller was having a difficult time breathing and was unable to provide an address.

13. The Hartford Police Department contacted the West Hartford Police Department and was able to trace the phone call to the area of 51 Grant Street, Hartford. Connecticut.

14. On April 30, 2020, at approximately 4:34 AM, defendant Officer MALIK LYONS dispatched defendant Officer ZACHARY FREETO and defendant Officer BRENDON A. LYTTON to the area of 51 Grant Street.

8

EXHIBIT A

15. These defendant Officers canvassed the areas of 51, 55, 59 and 61 Grant Street without locating a person that was in distress.

16. On April 30, 2020, at approximately 5:15 AM, the Harford Police Department was informed that the 911 call was associated with Vernon Connecticut, address.  The Vernon Police Department was notified.  A call to the phone number by defendant Officer ZACHARY FREETO was not responded and a voice mail was left.

17. Defendant Officer ZACHARY FREETO and defendant Officer BRENDON A. LYTTON went to 58 Grant Street but never contacted the residents herein and they never went to the basement apartment despite being a sign that there was a basement apartment.

18. The plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD, injuries and losses were directly and proximately caused by the deprivation of rights, privileges and immunities defendants MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON in that the defendants knew or should have known in the exercise of reasonable care should have discovered and aided the plaintiff's decedent, and;

      a.   Failed to conducted a thorough search of the area of 58 Grant Street;

      b.  Failed to contacted the residents of 58 Grant Street;

      c. Failed to inspect the basement apartment of 58 Grant Street.

9

EXHIBIT A

19.    As a result of the deprivation of rights, privileges and immunities of defendants MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD suffered or will suffer the following serious and permanent injuries, some of which include aggravation of pre-existing conditions:

    a.  Respiratory injuries;

    b.  Sinus injuries;

    c.  Chronic pain throughout body; and

    d.  Death.

20.    As a further result of the deprivation of rights, privileges and immunities of defendants MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD was forced to incur expenses for medical care and attention and funeral expenses.

21.    As a further result of the deprivation of rights, privileges and immunities of defendants MALIK LYONS, ZACHARY FREETO and BRENDON A. LYTTON, the plaintiff CHAQUANA WOODING, ADMINISTRATOR OF THE ESTATE OF TYCHELLE WHITEHEAD was unable to perform the usual activities of her household and everyday life as she did prior to this occurrence, all to her further loss and detriment.

22.    Pursuant to Sections 7-465 and 52-557n of the

EXHIBIT A

Connecticut General Statutes, notice of the subject incident was duly sent to the

defendant, CITY OF HARTFORD, on September 25, 2020, a copy of which is

attached hereto as Exhibit 1.

**WHEREFORE:** The Plaintiff claims:

      1.      Damages;

      2.      Punitive damages;

      3.      Attorney's fees; and

      4.      Costs.

Dated at East Hartford, Connecticut this 13th day of April 2022.

PLAINTIFFS,

By:_____

William B. Wynne, Esq.
ADLER LAW GROUP
111 Founders Plaza, Suite 1102
East Hartford, CT 06108
Phone: (860) 282-8686
Fax:   (860) 282-8688
Juris No.: 428826

A TRUE COPY
ATTEST:
Frederick E. Dinardi, Jr.
State Marshal
Hartford County

11

EXHIBIT A

**RETURN DATE: MAY 10, 2022**        :       SUPERIOR COURT

CHAQUANA WOODING, ADMINISTRATOR
OF THE ESTATE OF TYCHELLE WHITEHEAD    :       J.D. OF HARTFORD

V.                                               :       AT HARTFORD

CITY OF HARTFORD
ZACHARY FREETO
MALIK LYONS
BRENDON A. LYTTON                           :       APRIL 13, 2022

## AMOUNT IN DEMAND

      The amount, legal interest or property in demand is FIFTEEN THOUSAND

($15,000.00) DOLLARS or more, exclusive of interest and costs.

                     PLAINTIFFS,

           By:_____
                     William B. Wynne, Esq.
                     **ADLER LAW GROUP**
                     111 Founders Plaza, Suite 1102
                     East Hartford, CT 06108
                     Phone: (860) 282-8686
                     Fax:   (860) 282-8688
                     Juris No.: 428826

A TRUE COPY
ATTEST:
Frederick E. Dinardi, Jr.
State Marshal
Hartford County

12

EXHIBIT A

# ADLER LAW GROUP, LLC

### ATTORNEYS

**111 FOUNDERS PLAZA, SUITE 1102**
**EAST HARTFORD, CONNECTICUT 06108**
**TELEPHONE (860) 282-8686 • FAX (860) 282-8688**

WILLIAM B. WYNNE, ESQ.
wwynne@adlerlawgroupllc.com

CERTIFIED MAIL -
RETURN RECEIPT REQUESTED

September 25, 2020

City Clerk
City of Hartford
550 Main St #1
Hartford, CT 06103

Dear City Clerk:

        In accordance with Sections 7-465 and 52-557n of the Connecticut General
Statutes, as amended, notice of intention to commence an action based upon the
following claim is hereby filed:

Person Injured: Tychelle Whitehead, deceased, 58 Grant Street, Hartford, CT 06106, by
Chaquana Wooding, Administrator of the Estate of Tychelle Whitehead.

Municipal Employee: Members of the City of Hartford Police Department, including but
not limited to, Officer Brian LaSalle, Officer Johnny Orozco, Officer Frank Ghirlanda,
Officer David Love, Officer Edward Lazu, Officer Zachary Freeto, Officer Brian.
Altamirano, Officer Steven Chesworth, Officer Brenden A. Lytton, Officer Justin A.
Bankston and Officer Chelsea N. Negron.

Date and Time of Injury: April 30, 2020; approx. 4:00 AM.

Place Where Damages Incurred or Sustained:  58 Grant Street, Hartford, Connecticut.

Description of Occurrence and Cause Giving Rise to Said Occurrence:
On April 30, 2020, at approximately 4:00 AM, Tychelle Whitehead made an emergency
phone call to the Hartford Police Department because she was in distress.  She had
difficulty communicating.  The Officers from the City of Hartford Police Department
traced the phone call and appeared at 58 Grant Street, Hartford, Connecticut, where
Tychelle Whitehead resided. The Officers failed in their duty to locate Tychelle
Whitehead, failed to request the residents of 58 Grant Street to do a search and failed
to heed the sign directing them to use the basement level entry door.  Shortly after
arriving at 58 Grant Street, Hartford, Connecticut, the Officers left without locating
Tychelle Whitehead.  On April 30, 2020, at 7:00 PM, Tychelle Whitehead was located in

EXHIBIT A

the basement bedroom of 58 Grant Street, Hartford Connecticut by her family.  She was deceased.  Copy of Hartford Police Department Incident Report, Case # 2020-12278, attached.

Injuries sustained: Wrongful Death.

Having received this Notice, please govern yourself accordingly.

Very truly yours,

William B. Wynne, Esq.

Enclosures

A TRUE COPY
ATTEST:
Frederick E. Dinardi, Jr.
State Marshal
Hartford County

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street & Apt. No., or PO Box No.

City, State, ZIP+4

EXHIBIT A